```
              UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 16974
    ERCARLO H JUCABAN
    HONEY BETH JUCABAN                              CHAPTER 13

                                                    JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-8555      SSN XXX-XX-8887
```

----

### TRUSTEE'S FINAL REPORT AND ACCOUNT

----

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/18/07 and confirmed on 12/12/07.

2. The case was dismissed after confirmation, 06/27/2008.

3. The Debtor paid a total of $ 3042.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 5464.41 | .00 | 176.42 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2643.60 | .00 | 85.35 |
| BALLY TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1282.15 | .00 | 41.39 |
| CAPITAL ONE BANK | UNSECURED | 1210.93 | .00 | 39.09 |
| B REAL LLC | UNSECURED | 753.13 | .00 | 24.31 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2182.66 | .00 | 70.47 |
| GIVE ME A SMILE | UNSECURED | 595.90 | .00 | 19.24 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5316.30 | .00 | 171.64 |
| MIDWEST CTR FOR ADV IMAG | UNSECURED | NOT FILED | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FEDERATED RETAIL HOLDING | UNSECURED | 232.97 | .00 | 7.52 |
| STATE FARM INSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| TARGET NATIONAL BANK | UNSECURED | 349.54 | .00 | 11.28 |
| TARGET | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1203.37 | .00 | 38.85 |

```
CAVALRY SPV II LLC         UNSECURED         19319.83           .00         623.74
PORTFOLIO RECOVERY ASSOC UNSECURED            2010.55           .00          64.91
     Summary of disbursements:
```
---

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|--------------------|--------:|---------:|----------:|------:|------:|
| TOTAL CLMS ALLOWED |     .00 |      .00 |  42565.34 |   .00 | 42565.34 |
| PRINCIPAL PAID     |     .00 |      .00 |   1374.21 |   .00 |  1374.21 |
| INTEREST PAID      |     .00 |      .00 |       .00 |   .00 |      .00 |
| TOTAL PAID         |     .00 |      .00 |   1374.21 |   .00 |  1374.21 |

The Debtor's attorney, C DAVID WARD                    , was allowed $   3500.00
and was paid $   2000.00  direct and $   1500.00  through the plan.

The Trustee received $    167.79 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 09/10/08              /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE